■ PUBLIC SERVICE MUTUAL INSURANCE COMPANY, Appellant, v KALB, ROSENFELD & ESSIG, P. C., et al., Respondents.—Order, Supreme Court, New York County, entered on August 8, 1977, unanimously affirmed for the reasons stated by Ascione, J., at Special Term. The respondents shall recover of the appellant one bill of $60 costs and disbursements of this appeal. Concur—Lupiano, J. P., Birns, Evans and Markewich, JJ.

■ In the Matter of the Arbitration between MARSHAY NOVELTIES, INC., Appellant, and ALLEN KNITTING MILLS, INC., Respondent.—Judgment, Supreme Court, New York County, entered on November 22, 1977, unanimously affirmed on the opinion of Schwartz, J., at Special Term. The respondent shall recover of the appellant $40 costs and disbursements of this appeal. Concur—Lupiano, J. P., Birns, Evans and Markewich, JJ.

■ In the Matter of the Arbitration between GEORGE CONSTRUCTION Co., INC., Respondent, and MATT JAFFE et al., Appellants.—Judgment, Supreme Court, New York County, entered on September 30, 1977, unanimously affirmed for the reasons stated by Korn, J., at Special Term. The respondent shall recover of the appellants $60 costs and disbursements of this appeal (to include Appeal No. 2398 decided simultaneously with this appeal). Concur—Lupiano, J. P., Birns, Fein and Markewich, JJ.

■ MATT JAFFE ASSOCIATES, LTD., et al., Appellants, v GEORGE CONSTRUCTION Co., INC., Respondent.—Judgment, Supreme Court, New York County, entered on November 30, 1977, unanimously affirmed for the reasons stated by Stecher, J., at Special Term. The respondent shall recover of the appellants one bill of $60 costs and disbursements of this appeal (to include Appeal No. 2397 decided simultaneously with this appeal). Concur—Lupiano, J. P., Birns, Fein and Markewich, JJ.

## (April 18, 1978)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VIRGINIA SCOTT, Appellant.—Judgment, Supreme Court, New York County, rendered on October 7, 1976, unanimously affirmed. Application by appellant's counsel to withdraw as counsel granted (see *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833). No opinion. Concur—Lupiano, J. P., Birns, Evans and Markewich, JJ.